**IT IS ORDERED as set forth below:**



**Date: August 7, 2024**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | **CASE NUMBER** 24-53916-PWB |
| Fernando Coscorrosa | } | |
| | } | **CHAPTER 7** |
| **DEBTOR(S)** | } | |

---

| | | |
|---|---|---|
| Fernando Coscorrosa | } | |
| | } | |
| **MOVANT** | } | **CONTESTED MATTER** |
| | } | |
| **v.** | } | |
| | } | |
| Derik Toussant | } | |
| **RESPONDENT** | } | |

## ORDER

Movant filed a Motion to Avoid Lien (the "Motion"), as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 12) on May 27, 2024. Respondent filed a response (Docket No. 15) on June 20, 2024. A hearing was held on July 30, 2024 in which both parties appeared and the matter was heard by the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is AVOIDED to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b) and that Respondent's lien on Movant's bad faith claim against his insurer shall not be avoided.

## END OF DOCUMENT

Presented By:

_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
Saedi Law Group, LLC
3411 Pierce Dr
Atlanta, GA 30341
Phone: 404-919-7296
Fax: 470-329-0016
Lsaedi@SaediLawGroup.com

Consented to:

__/s/_____
C. Napoleon Barnwell, Esq.
Attorney for Derik Toussant
Georgia Bar No. 728188
With Express Permission
5805 State Bridge Rd. Suite G349
Johns Creek, Georgia 30097

## DISTRIBUTION LIST

Saedi Law Group, LLC
3411 Pierce Drive
Atlanta, Georgia 30341

US Trustee
75 Ted Turner Drive, Room 363
Atlanta, Georgia 30303

Chapter 7 Trustee
Kathleen Steil
Ogier, Rothschild & Rosenfeld, PC
P. O. Box 1547
Decatur, GA 30031

Fernando Coscorrosa
415 Ruths BLVD
Woodstock, GA 30188

Derik Toussant
2657 Avanti Way
Decatur, GA 30035